UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY CLARKE,<br><br>           Plaintiff,<br>v.<br><br>COUNSELORS BURGESS, et al.,<br><br>           Defendants. | No. CV 05-04448 MMM (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED defendants' Motion to Dismiss is granted as follows:

(1) The claims set forth in paragraphs 18, 20-22, 24, 33-39, 83-87, 90, and 89-92 are dismissed without prejudice.

(2) The claims set forth in paragraphs 25 and 45 are dismissed with leave to amend.

(3) The claims set forth in paragraph 69-71 are dismissed with leave to amend.

(4) The claims set forth in paragraphs 73-77 are dismissed with leave to amend.

/ / /

/ / /

/ / /

Plaintiff is given 30 days leave to file a First Amended Complaint limited to claims against Brown previously alleged in Paragraphs 25, 45, 69-71 and 73-77.

DATED: October 14, 2008

_____
MARGARET M. MORROW
United States District Judge