CLERK, U.S. DISTRICT COURT
NOV - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY CLARKE,<br><br>    Plaintiff,<br>v.<br>COUNSELOR BURGESS, *et al.*,<br>    Defendants. | No. CV 05-4448 MMM (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) the claims set forth in paragraphs 1 and 2 of the FAC are dismissed without prejudice;

(2) the claim set forth in paragraph 3, with respect to Brown's alleged conduct in April and October of 2003, is dismissed with leave to amend;

(3) the claim set forth in paragraph 4 of the FAC is dismissed with leave to amend;

(4) plaintiff is given 30 days' leave to file a second amended complaint;

/ / /

1    (5)    plaintiff is not to add any new claims or defendants to his second amended complaint; and

(6)    plaintiff is to delete the claims set forth in paragraphs 1 and 2 of the first amended complaint from his second amended complaint.

IT IS SO ORDERED.

DATED: NOV - 5 2009

*Margaret M. Morrow*

MARGARET M. MORROW
United States District Judge