1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10

11

12

13

14

15

| ANTHONY CLARKE, | ) | No. CV 05-04448 MMM (FFM) |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND |
| | ) | RECOMMENDATIONS OF |
| v. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| BURGESS, WARDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

16

17

18

19

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

20

21

22

23

        IT IS ORDERED that the claim set forth in paragraph 3 of the First Amended Complaint ("FAC"), with respect to Brown's alleged conduct in April and October of 2003, and the claim set forth in paragraph 4 of the FAC are dismissed without leave to amend.

24

25

26

27

28

DATED:   June 30, 2010

_____
MARGARET M. MORROW
United States District Judge