JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY CLARKE, | ) No. CV 05-4448 MMM (FFM) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| COUNSELORS BURGESS, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his First Amended Complaint and that this action is dismissed with prejudice.

DATED: August 31, 2011

_____

MARGARET M. MORROW
United States District Judge